SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELANIE YADEGAR, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; DAVID STILL, District Director for U.S. Citizenship and Immigration Services, San Francisco District Office; and U.S. Citizenship and Immigration Services, <br><br> Defendants. | No. C 06-7298 SI <br><br> **STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about November 27, 2006. The United States Attorney's Office was not served until January 3, 2007.

2. Pursuant to this Court's November 27, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on February 23, 2007, and attend a case management conference on March 2, 2007.

3. In order to allow sufficient time for Defendants to prepare an answer and a joint case

Stipulation to Extend Dates
C 06-7298 SI

1 | management statement, the parties hereby respectfully ask this Court to extend the dates in the
2 | Court's scheduling order as follows:

3 |     Last day to file/serve Joint Case Management Statement:    March 30, 2007

4 |     Case Management Conference:    April 6, 2007 at 2:00 p.m.

6 | Dated: February 27, 2007    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

13 | Dated: February 23, 2007

*See f/t signatory*
NATALIA A. NEKRASOVA
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

20 | Date:

SUSAN ILLSTON
United States District Judge

Stipulation to Extend Dates
C 06-7298 SI

1 management statement, the parties hereby respectfully ask this Court to extend the dates in the
2 Court's scheduling order as follows:
3     Last day to file/serve Joint Case Management Statement:     March 30, 2007
4     Case Management Conference:     April 6, 2007 at 2:00 p.m.

6 Dated: February ____, 2007     Respectfully submitted,
7     SCOTT N. SCHOOLS
    United States Attorney

10     EDWARD A. OLSEN
    Assistant United States Attorney
11     Attorney for Defendants

13 Dated: February 23, 2007
    NATALIA A. NEKRASOVA
14     Attorney for Plaintiff

16
17             **ORDER**
    Pursuant to stipulation, IT IS SO ORDERED.
18

20 Date: _____
    SUSAN ILLSTON
21     United States District Judge

Stipulation to Extend Dates
C 06-7298 SI