| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MELANIE YADEGAR, | ) | |
| | ) | |
| Plaintiff, | ) | No. C 06-7298 SI |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO EXTEND DATE OF** |
| ALBERTO GONZALES, Attorney General | ) | **CASE MANAGEMENT CONFERENCE;** |
| of the United States; MICHAEL CHERTOFF, | ) | **AND [PROPOSED] ORDER** |
| Secretary of the Department of Homeland | ) | |
| Security; DAVID STILL, District Director | ) | |
| for U.S. Citizenship and Immigration Services, | ) | |
| San Francisco District Office; and U.S. | ) | |
| Citizenship and Immigration Services, | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

1. The plaintiff filed a mandamus action November 27, 2006, seeking an order directing the United States Citizenship and Immigration Services (USCIS) to adjudicate her application for naturalization.

2. The USCIS has recently asked the FBI to expedite the processing of a mandatory name check of the plaintiff, which has delayed adjudication of the plaintiff's application for naturalization.

STIPULATION TO EXTEND DATE OF CMC
C 06-7298 SI

3. In light of the reasonable possibility that the FBI will complete the name check of the plaintiff and the USCIS will adjudicate the plaintiff's application for naturalization within 90 days, the parties respectfully ask this Court to extend the date of the case management conference, which is currently scheduled for April 6, 2007, by 90 days.

4. The parties therefore agree, subject to court approval, to continue the Case Management Conference currently set for April 6, 2007, **to July 6, 2007.**

5. The parties further agree, subject to court approval, to file a joint case management statement seven days in advance of the case management conference if the case is not administratively resolved prior to that date.

Dated: March 28, 2007

/s/
NATALIA A. NEKRASOVA
Law Office of Roni P. Deutsch
Attorneys for Plaintiff

Dated: March 28, 2007

SCOTT N. SCHOOLS
United States Attorney


/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to July 6, 2007.

Dated: March ____, 2007

_____
SUSAN ILLSTON
United States District Court Judge

STIPULATION TO EXTEND DATE OF CMC
C 06-7298 SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND DATE OF CMC
C 06-7298 SI