1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12  MELANIE YADEGAR,                    )
                                        )
13              Plaintiff,              )   No. C 06-7298 SI
                                        )
14       v.                             )
                                        )   **SECOND STIPULATION TO EXTEND**
15  ALBERTO GONZALES, Attorney General  )   **DATE OF CASE MANAGEMENT**
    of the United States; MICHAEL CHERTOFF, ) **CONFERENCE; AND [PROPOSED]**
16  Secretary of the Department of Homeland ) **ORDER**
    Security; DAVID STILL, District Director )
17  for U.S. Citizenship and Immigration Services, ) Date:  July 6, 2007
    San Francisco District Office; and U.S. )  Time:  2:00 p.m.
18  Citizenship and Immigration Services,  )
                                        )
19              Defendants.             )
                                        )
    _____
20

21      The plaintiff, by and through her attorney of record, and defendants, by and through their

22  attorneys of record, hereby stipulate, subject to approval of the Court, to a second extension of the

23  case management conference in the above-entitled action, based on the following:

24      1.  The plaintiff filed a mandamus action November 27, 2006, seeking an order directing the

25  United States Citizenship and Immigration Services (USCIS) to adjudicate her application for

26  naturalization.

27      2.  On March 28, 2007, the parties filed a stipulation to extend the date of the case management

28  conference, which had been scheduled for April 6, 2007, by ninety (90) days, in light of the fact

SECOND STIPULATION TO EXTEND DATE OF CMC
C 06-7298 SI

1   that the USCIS had asked the FBI to expedite the processing of a mandatory name check of the

2   plaintiff, which has delayed adjudication of the plaintiff's application for naturalization.

3      3.  On April 3, 2007, this Court signed the parties stipulation and re-scheduled the case

4   management conference for July 6, 2007.

5      4.  The USCIS, for reasons that are not clear, in fact neglected to ask the FBI to expedite the

6   processing of the plaintiff's name check, but the USCIS today initiated the process of asking the

7   FBI to expedite the name check for the plaintiff.

8      5.  In light of the reasonable possibility that the FBI will complete the name check and USCIS

9   will adjudicate the plaintiff's naturalization application within the next thirty days, the parties

10   respectfully ask this court for a 30-day extension of the case management conference – to **August**

11   **10, 2007**.

12      6.  The parties further agree, subject to court approval, to file a joint case management

13   statement seven days in advance of the case management conference if the case is not

14   administratively resolved prior to that date.

15   Dated:  June 28, 2007

                    /s/

16                 NATALIA A. NEKRASOVA
                Law Office of Roni P. Deutsch

17                 Attorneys for Plaintiff

18   Dated:  June 28, 2007

19                 SCOTT N. SCHOOLS
                United States Attorney

20                     /s/

21                 EDWARD A. OLSEN
                Assistant United States Attorney

22                 Attorney for Defendants

23                      **ORDER**

24      PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management

25   Conference be continued to **August 10, 2007.**

26

27   Dated: _____, 2007

28                 SUSAN ILLSTON
                United States District Court Judge

SECOND STIPULATION TO EXTEND DATE OF CMC
C 06-7298 SI