```
SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELANIE YADEGAR, ) | |
| ) | No. C 06-7298 SI |
| Plaintiff, ) | |
| ) | |
| v. ) | **THIRD STIPULATION TO EXTEND** |
| ) | **DATE OF CASE MANAGEMENT** |
| ALBERTO GONZALES, Attorney General ) | **CONFERENCE; AND [PROPOSED]** |
| of the United States; MICHAEL CHERTOFF, ) | **ORDER** |
| Secretary of the Department of Homeland ) | |
| Security; DAVID STILL, District Director ) | Date: August 10, 2007 |
| for U.S. Citizenship and Immigration Services, ) | Time: 2:00 p.m. |
| San Francisco District Office; and U.S. ) | |
| Citizenship and Immigration Services, ) | |
| ) | |
| Defendants. ) | |

The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a third extension of the case management conference in the above-entitled action, based on the following:

1. The plaintiff filed a mandamus action November 27, 2006, seeking an order directing the United States Citizenship and Immigration Services (USCIS) to adjudicate her application for naturalization.

2. On March 28, 2007, the parties filed a stipulation to extend the date of the case management conference, which had been scheduled for April 6, 2007, by ninety (90) days, in light of the fact

THIRD STIPULATION TO EXTEND DATE OF CMC
C 06-7298 SI

1  that the USCIS had asked the FBI to expedite the processing of a mandatory name check of the
2  plaintiff, which has delayed adjudication of the plaintiff's application for naturalization.
3       3.  On April 3, 2007, this Court signed the parties stipulation and re-scheduled the case
4  management conference for July 6, 2007.
5       4.  The USCIS, for reasons that are not clear, in fact neglected to ask the FBI to expedite the
6  processing of the plaintiff's name check, but the USCIS on June 28, 2007, initiated the process of
7  asking the FBI to expedite the name check for the plaintiff.
8       5.  The FBI has not yet completed the name check for the plaintiff.
9       5.   In light of the reasonable possibility that the FBI will complete the name check and USCIS
10 will adjudicate the plaintiff's naturalization application within the next thirty days, the parties
11 respectfully ask this court for a 30-day extension of the case management conference – to
12 **September 7, 2007**.
13      6.  The parties further agree, subject to court approval, to file a joint case management
14 statement seven days in advance of the case management conference if the case is not
15 administratively resolved prior to that date.

16 Dated: August 3, 2007                              /s/
                                                   NATALIA A. NEKRASOVA
17                                                 Law Office of Roni P. Deutsch
                                                   Attorneys for Plaintiff
18
   Dated: August 3, 2007
19                                                 SCOTT N. SCHOOLS
                                                   United States Attorney
20
                                                      /s/
21                                                 EDWARD A. OLSEN
                                                   Assistant United States Attorney
22                                                 Attorney for Defendants

23
                                **ORDER**
24
         PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management
25
   Conference be continued to **September 7, 2007.**
26

27
   Dated: __08/06__, 2007                          _____
28                                                 SUSAN ILLSTON
                                                   United States District

THIRD STIPULATION TO EXTEND DATE OF CMC
C 06-7298 SI